UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

5:13-CR-00047-1H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER TO SEAL |
| JOHN WARREN COURTNEY ) | |
| ) | |
| Defendant. ) | |

Upon motion of Defendant, it is hereby ORDERED that Docket Entry Number 17 be sealed until such time as the Court determines that the afore-mentioned filing should be unsealed.

This, the 8th day of August 2013.

_____
Malcolm J. Howard
Senior U.S. District Judge